EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:<br><br>Designación de Miembro de la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría | 2019 TSPR 236<br><br>203 DPR _____ |
| --- | --- |

Número del Caso:  EJ-2019-04

Fecha:  13 de diciembre de 2019

Materia:  Resolución del Tribunal

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

Designación de Miembro de la
Junta Examinadora de Aspirantes      EJ-2019-04
al Ejercicio de la Abogacía y
la Notaría

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de diciembre de 2019.

En virtud del poder inherente del Tribunal Supremo de Puerto Rico para regular el ejercicio de la profesión de abogado y la Regla 11 de este Tribunal, todo aspirante al ejercicio de la abogacía en el Estado Libre Asociado de Puerto Rico debe aprobar un examen de reválida preparado y administrado por la Junta Examinadora de Aspirantes al Ejercicio de la Abogacía y la Notaría.

De conformidad con el Artículo 2.2.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría promulgado por este Tribunal, los miembros de la Junta serán nombrados mediante Resolución de este Tribunal.

Con este propósito, se renueva el nombramiento del Lcdo. Pedro J. Cabán Vales como miembro de dicho cuerpo.

El licenciado Cabán Vales, como miembro de la Junta Examinadora, se desempeñará en su cargo desde el 11 de enero de 2020 hasta el 11 de enero de 2022, según lo contempla la Regla 2.3.2 del Reglamento para la Admisión de Aspirantes al Ejercicio de la Abogacía y la Notaría.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina